**FILED**

UNITED STATES COURT OF APPEALS

OCT 16 2014

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STEVEN GAVIC; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>ELECTROLUX HOME PRODUCTS, INC.,<br><br>        Defendant - Appellee.,<br><br> V.<br><br>PATRICK S. SWEENEY,<br><br>        Objector - Appellant. | No. 14-56532<br><br>D.C. No. 8:12-cv-01644-CAS-VBK<br>Central District of California, Santa Ana<br><br>ORDER |

Appellant's motion to dismiss this appeal is granted. Fed. R. App. P. 42(b).

Pursuant to agreement, the parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

                                        FOR THE COURT:

                                        By: Lisa Jaye<br>
                                        Circuit Mediator

lj/mediation